**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LABORERS' PENSION FUND, ) <br> LABORERS' WELFARE FUND OF THE ) <br> HEALTH AND WELFARE DEPARTMENT ) <br> OF THE CONSTRUCTION AND GENERAL ) <br> LABORERS' DISTRICT COUNCIL OF ) <br> CHICAGO AND VICINITY, THE CHICAGO ) <br> LABORERS' DISTRICT COUNCIL RETIREE ) <br> HEALTH AND WELFARE FUND, ) <br> CATHERINE WENSKUS, not individually but ) <br> as Administrator of the Funds, ) <br>                 Plaintiffs, ) <br>    v. ) <br>  ) <br> MARINE TECHNOLOGY SOLUTIONS LLC, ) <br> a Pennsylvania Limited Liability corporation, ) <br>                 Defendant. ) | | Case No. 19 C 3439 <br><br> Judge Leinenweber |

**MOTION FOR RULE TO SHOW CAUSE**

Now come Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers' District Council Retiree Health and Welfare Fund and Catherine Wenskus (collectively referred to hereinafter as the "Funds"), by and through their attorney, Patrick T. Wallace, and hereby move this Court to enter an Order directing Defendant Marine Technology Solutions, LLC (hereinafter "Marine Technology" or the "Company") to appear and show cause why it should not be held in contempt for failing to comply in relevant part with this Court's Order of August 15, 2019. In support of this Motion, Plaintiffs state as follows:

1.    Plaintiffs obtained an Order of Default and to Compel an Audit pursuant to a Motion for Order of Default Plaintiffs filed and the Court granted (see Docket Entry No. 13 dated August 15, 2019).

2. After the Order of Default was entered, the Company responded by submitting benefit and dues reports which in turn have been paid in part by a general contractor and the property developer on the project on which Marine Technology is performing work in Chicago. In addition, the Company commenced submission of its books and records for audit. However, the auditors advise that the Company has failed to comply with the Court Order and provide all necessary books and records to complete the audit.

3. Accordingly, Plaintiffs respectfully request that this Court enter an Order directing Defendant, by and through its Officer and Shareholder, Clarence Lamora, to appear and show cause why the Company should not be held in contempt for failing to comply with the Court's Order of August 15, 2019. Plaintiffs further request that they be awarded their attorneys' fees and expenses incurred in bringing this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order directing Defendant, by and through its Officer and Shareholder, Clarence Lamora, to appear and show cause why the Company should not be held in contempt for failing to comply with the Court's Order of August 15, 2019. Plaintiffs further request that they be awarded their attorneys' fees and expenses incurred in bringing this Motion.

February 25, 2020                                                            Laborers' Pension Fund, et al.

                                                                             By:  /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540/(312) 692-1489 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the foregoing Motion for Rule to Show Cause to be served upon the following persons via mail on February 25, 2020.


Marine Technology Solutions, LLC
c/o Northwest Registered Agent Ser., Registered Agent
1900 E. Golf Road, Suite 950A
Schaumburg, IL 60173

Courtesy Copy:
James L. Best
The Law Offices of James L. Best
3 North 2nd Street
Sunbury, PA  17801


/s/ Patrick T. Wallace