IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, )<br>LABORERS' WELFARE FUND OF THE )<br>HEALTH AND WELFARE DEPARTMENT )<br>OF THE CONSTRUCTION AND GENERAL )<br>LABORERS' DISTRICT COUNCIL OF )<br>CHICAGO AND VICINITY, THE CHICAGO )<br>LABORERS' DISTRICT COUNCIL RETIREE )<br>HEALTH AND WELFARE FUND, )<br>CATHERINE WENSKUS, not individually but )<br>as Administrator of the Funds, )<br>         )<br>      Plaintiffs, )<br>  v. )<br>         )<br>MARINE TECHNOLOGY SOLUTIONS LLC, )<br>a Pennsylvania Limited Liability corporation, )<br>         )<br>      Defendant. ) | Case No. 19 C 3439<br><br>Judge Leinenweber |

**PLAINTIFFS' STATUS REPORT PURSUANT TO THIRD AMENDED GENERAL ORDER 20-0012**

NOW COME Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers' District Council Retiree Health and Welfare Fund and Catherine Wenskus, not individually but as Administrator of the Funds (collectively the "Funds"), by their attorney Patrick T. Wallace, and hereby submit Plaintiffs' Status Report. Plaintiffs are submitting this status report unilaterally because Defendant Marine Technology Solutions LLC (hereinafter "Marine Technology" or the "Company") is in default and no counsel has filed a formal appearance to represent the Company in this matter. In support of this Status Report, the Plaintiffs state as follows:

A. <u>Discovery Status</u>

There is no discovery pending at this time. On August 15, 2019 the Court granted Plaintiffs' Motion for Default and ordered the Company to submit current reports and to submit its books and records to an audit for the period of August 16, 2018 forward (See Docket Entry No. 13). The Court retained jurisdiction to enter judgment in sum certain upon completion of the audit. Although the audit was commenced by the Company it has not been completed. Plaintiffs filed a Motion For Rule to Show Cause which was granted by the Court on March 3, 2020 (see Docket Entry No. 22) and a return on the Rule to Show Cause is presently set for May 27, 2020 but will need to be reset at the convenience of the Court to accommodate the Third Amended General Order 20-0012.

B. Status of Briefing on any Unresolved Motions

None.

C. Settlement Efforts

None.

D. Agreed Proposed Schedule

None.

E. Agreed Proposed Revised Discovery and Dispositive Motion Schedule

Not applicable.

F. Agreed Action by the Court Without Hearing

Not applicable. Plaintiffs await a revised return date on the Rule to Show Cause scheduled to take place after the Court reopens.

G. Necessity of a Telephonic Hearing

A telephonic hearing is not required at this time.

                                                                  Respectfully submitted,

May 4, 2020                                          Laborers' Pension Fund, et al.

                                                                  By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

**CERTIFICATE OF SERVICE**

      The undersigned certifies that he caused a copy of the foregoing Plaintiffs' Status Report Pursuant To Third Amended General Order 20-0012 to be served upon the following persons via mail on May 4, 2020.

Marine Technology Solutions, LLC
c/o Northwest Registered Agent Ser., Registered Agent
1900 E. Golf Road, Suite 950A
Schaumburg, IL 60173

<u>Courtesy Copy:</u>
James L. Best
The Law Offices of James L. Best
3 North 2nd Street
Sunbury, PA 17801

| | |
|---|---|
| May 4, 2020 | Laborers' Pension Fund, et al. |
| | By: <u>/s/ Patrick T. Wallace</u> |

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540